FIRST DEPARTMENT, DECEMBER, 1985

(December 3, 1985)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGGIE FARMER, Appellant.—Judgment of the Supreme Court,

Bronx County (Daniel J. Sullivan, J.), rendered on May 15, 1984, convicting defendant of robbery in the first degree, robbery in the second degree, and grand larceny in the third degree and sentencing defendant to concurrent indeterminate terms of imprisonment of 3 to 9 years for each robbery charge and 2⅓ to 7 years for the grand larceny charge, unanimously modified, on the law, to reduce the grand larceny sentence to 1⅓ to 4 years' imprisonment, and otherwise affirmed.

On April 13, 1984 defendant pleaded guilty to charges of first and second degree robbery and third degree grand larceny in satisfaction of all the counts of his indictment. Defendant was sentenced as a class D felon to a 2⅓ to 7-year term of imprisonment for his third degree grand larceny conviction. Third degree grand larceny (Penal Law § 155.30 [5]), however, is a class E felony carrying a maximum prison term of 1⅓ to 4 years. Defendant's sentence for third degree grand larceny is accordingly reduced to a term of 1⅓ to 4 years' imprisonment, the maximum sentence for a class E felony. Concur—Murphy, P. J., Sandler, Ross, Asch and Ellerin, JJ.